AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

<table>
<tr><td>KEVIN BLANCHAT, et al.,</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.    2:20-CV-0380-TOR</td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td>SMASH FRANCHISE PARTNERS, LLC, d/b/a<br>SMASH MY TRASH, et al.</td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td></td><td></td></tr>
</table>

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:    Defendants' Motion to Compel Arbitration and Dismiss Case (ECF No. 15) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____THOMAS O. RICE_____ on Motion to Dismiss ECF No. 15.

Date:  ____December 15, 2020____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____